**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001186**
**06-OCT-2015**
**09:49 AM**

NO. CAAP-14-0001186

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
DAN MEZURASHI, Defendant-Appellee, and
EXODUS BAIL BOND, Real Party-In-Interest Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 07-1-0336)


SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Real-Party-in-Interest/Appellant Exodus Bail Bond
(**Exodus**) appeals from the Order Denying Motion to Reconsider
Denial of Motion to Set Aside Bail Forfeiture (**Order Denying
Reconsideration**), which was entered on September 17, 2014, in the
Circuit Court of the First Circuit (**Circuit Court**).[1]

On appeal, Exodus asserts that: (1) the Circuit Court
erred when it allowed the Department of the Prosecuting Attorney
(**Prosecutor**) to represent the State of Hawai'i (**State**) in a bail
forfeiture proceeding; (2) the Circuit Court erred when it
allowed the Prosecutor to enforce the Circuit Court's August 6,
2007 Judgment and Order of Forfeiture of Bail Bond (**Forfeiture
Judgment**); (3) the Forfeiture Judgment is void; and (4) the
Circuit Court gravely erred in summarily denying reconsideration.

---

[1] The Honorable Dexter D. Del Rosario presided.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to the arguments advanced and the issues raised by the parties, we conclude that Exodus's arguments are without merit. This court has previously considered and rejected Exodus's contention that the Prosecutor is not authorized to represent the State in bail forfeiture proceedings. See State v. Miles, 135 Hawai'i 525, __ P.3d __, (App. 2015); State v. Allen, No. 14-0000838 (App. June 24, 2015).

Accordingly, the Circuit Court's September 17, 2014 Order Denying Reconsideration is affirmed.

DATED: Honolulu, Hawai'i, October 6, 2015.

On the briefs:

Anthony T. Fujii
for Real Party-In-Interest
Appellant

Loren J. Thomas
Deputy Prosecuting Attorney
City and County of Honolulu
for Plaintiff-Appellee

Presiding Judge

Associate Judge

Associate Judge